IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOE WILLIAMS,

    Petitioner,

v.                                                      CASE NO. 4:08-cv-00566-MP-WCS

FLORIDA PAROLE COMMISSION,

    Respondent.

_____/

**O R D E R**

This matter is before the Court on Doc. 12, Report and Recommendation of the Magistrate Judge, recommending that the § 2254 petition be summarily dismissed. The time for filing objections has passed, and none have been filed. The Court agrees with the Magistrate Judge that Petitioner has no liberty interest created in the setting of a presumptive parole release date by the Florida Parole Commission. Thus, he has no cognizable claim in this case. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. This case is dismissed with prejudice, and the Clerk is directed to close the file.

**DONE AND ORDERED** this  *22nd*  day of May, 2009

                                    *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge